**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| *In Re:* | : | Case No. 11-62673 |
| | : | |
| **ERIC MATTHEW SAMS** | : | Chapter 13 |
| **WENDY RENEE SAMS** | : | |
| | : | |
| Debtors. | : | Judge Preston |

### CHANGE OF ADDRESS

Below please find the Change of Address for the above-captioned Debtor **Eric Matthew Sams** only:

**657 Fox Run Circle
Newark, OH  43055**

Dated:  April 27, 2015                    /s/ Robert B. Handelman
                                          Robert B. Handelman   (0025619)
                                          *Attorney for Debtors*
                                          Handelman Law Office
                                          29 S. Park Place
                                          Newark, OH  43055
                                          (740) 349-8581
                                          robert@handelmanlawoffice.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2015, a copy of the foregoing Change of Address was served electronically upon the Assistant U.S. Trustee and Frank M. Pees, Chapter 13 Trustee.

                                           /s/ Robert B. Handelman
                                          Robert B. Handelman   (0025619)
                                          *Attorney for Debtors*