# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | : | Case No. 11-62673 |
| | : | |
| **ERIC MATTHEW SAMS** | : | Chapter 13 |
| **WENDY RENNE SAMS** | : | |
| | : | |
| Debtors. | : | Judge Preston |

## CHANGE OF ADDRESS

Below please find the Change of Address for the above-captioned Debtor **Eric Matthew Sams** only:

**511 Earl Drive**
**Newark, OH  43055**

Dated:  November 20, 2015                     /s/ Robert B. Handelman
                                              Robert B. Handelman   (0025619)
                                              *Attorney for Debtors*
                                              Handelman Law Office
                                              29 S. Park Place
                                              Newark, OH  43055
                                              (740) 349-8581
                                              robert@handelmanlawoffice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2015, a copy of the foregoing Change of Address was served electronically upon the Assistant U.S. Trustee and Frank M. Pees, Chapter 13 Trustee.

                                               /s/ Robert B. Handelman
                                              Robert B. Handelman   (0025619)
                                              *Attorney for Debtors*